## SATTERLEE STEPHENS BURKE & BURKE LLP
### 230 PARK AVENUE
### NEW YORK, NY 10169-0079
### (212) 818-9200

METROPARK
33 WOOD AVENUE SOUTH
ISELIN, NJ 08830
(732) 603-4966

FAX (212) 818-0606, 9607
www.ssbb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/07

SEP 12 2007

September 13, 2007

So ordered.
9-17-07
[signature]

Honorable Alvin K. Hellerstein
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein:

This firm is involved in several cases related to the World Trade Center Litigation (21 mc 102). Although we, as a firm continue to be involved, we have several attorneys within our firm who are no longer assigned to this matter, but continue to get the case information and updates sent to them via e-mail.

The Court's docketing and ECF Department's both require an endorsement from your Honor in order to remove them from the e-mail notification list.

The individuals whom we wish to have removed from the list are:

Abigail Snow whose e-mail address is asnow@ssbb.com
Timothy T. Brock whose email address is tbrock@ssbb.com
Justin Klein whose email address is jklein@ssbb.com
Benjamin Means whose email address is bmeans@ssbb.com

The cases in which these attorneys are being notified in addition to the main docket of 21 mc 102 are:

(07cv01565)

Andrzej Baczkowski and Zophia Baczkowski v. 222 Broadway, LLC et. al.

(06cv14484)

Nestor Banda and Georgina Banda v. 222 Broadway, LLC et. al.

(07cv5339)

Wlodzimierz Belkowski (and wife, Teresa Belkwski) v. 100 Church, LLC. Et al.

706280_1

SATTERLEE STEPHENS BURKE & BURKE LLP

Honorable Alvin K. Hellerstein
September 13, 2007
Page 2

(07cv1480)

Ludivia Castellanos (and husband Luis L. Martinez) v. 222 Broadway, LLC et. al.

(07cv1486)

William Cook v. 222 Broadway, LLC et. al.

(06cv11533)

Zbigniew Dobronski v. 222 Broadway, LLC et al.

(06cv14741)

Janusz Jakubowski (and wife Krystyna Karpinska) v. 110 Church LLC, et. al.

(07cv4484)

Andrea Lora v. 222 Broadway, LLC et al.

(07cv057)

Luis L. Martinez v. Chase Manhattan Bank Corp. et al.

(07cv5302)

Enrique Mendoza (and wife, Maria de Mendoza) v. 100 Church, LLC, et. al.

(05cv9161)

Orlando Ocampo (and Janeth Ocampo) v. 222 Broadway, LLC et al.

(06cv8278)

Kazimierz Perkowski (and wife Maria Perkowski) v. 160 Water Street Inc. et. al.

(06cv11257)

Maria Robles v. 222 Broadway, LLC et. al.

(07cv5386) Wilson Sanchez v. 100 Church, LLC, et.al.

(07cv01701)

Miquel Santana v. 222 Broadway, LLC, et. al.

706280_1

SATTERLEE STEPHENS BURKE & BURKE LLP

Honorable Alvin K. Hellerstein
September 13, 2007
Page 2

(07cv04516)

Angel Serrano (and Tanny Sarmiento) v. 222 Broadway, LLC, et. al.

(07cv4522).

Alejandro Verra v. 222 Broadway, LLC, et. al.

(07cv1727)

Wlodzimierz Wierzbicki (and Alicja B Wierzbicki) v. 222 Broadway, LLC, et. al.

(06cv14774)

John Kissane (and wife, Victoria Kissane) v. Chase Manhattan Bank, et. al.

(07cv1709)

Jose Sumba (and wife, Maria Sumba) v. American Express Bank, Ltd. et. al.

(06cv7911)

Leszek Lech (and wife, Genowefa Lech) v. Battery Park City Authority, et. al.

(06CV05343)

Jozef Galazka and Jadwiga Galazka v. 110 Church Street, et. al.

(05CV08499AKH)

Dariusz Wszolkowski v. 160 Water St. Inc et. al.

(06-CV05291AKH)

Marian Maksimiuk and Zofia Maksimiuk v. 110 Church LLC.

(05CV01927AKh)

Roman Markut and Dorota Markut v. 222 Broadway LLC, et al.

(05Cv06240AKH)

Romuald Cieslak v. 222 Broadway inc, et al. v. 222 Broadway, et al.

706280_1

SATTERLEE STEPHENS, BURKE & BURKE LLP

Honorable Alvin K. Hellerstein
September 13, 2007
Page 2

      We respectfully request that the aforementioned individuals from our firm be removed from the e-mail notification lists in the above captioned cases at the Court's earliest convenience. Should you have any questions, please contact our Managing Clerk, Duane Peck, at (212) 818-9200, Ext. 8854. Thank you for your attention in this matter.

      Respectfully submitted,

      Benjamin Means

706280_1