UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
JANUSZ JAKUBOWSKI AND KRYSTYNA : 06-CV-14741-AKH
KARPINSKA,

               Plaintiffs,  :  **APPEARANCE**

  - against -

110 CHURCH, LLC, *et al.*,  :  **ELECTRONICALLY FILED**

              Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                      By:    /s/ Judith R. Cohen
                                                _____
                                                Judith R. Cohen (JC-8614)
                                                1177 Avenue of the Americas
                                                New York, New York 10036
                                                Phone: (212) 277-6500
                                                Fax: (212) 277-6501

                                                *Attorney for Defendants*
                                                MERRILL LYNCH & CO., INC., and
                                                222 BROADWAY, LLC

DOCSNY-271531v01