John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x   21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                          :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------ x   Civil Action No.: 06CV14741
JANUSZ JAKUBOWKSI and KRYSTYNA
KARPINSKA,                                               :
                                                              **NOTICE OF BATTERY PARK**
                    Plaintiff(s),        :                    **CITY AUTHORITY's**
                                                              **ADOPTION OF ANSWER TO**
        -against-                        :                    <u>**MASTER COMPLAINT**</u>

110 CHURCH LLC, ET AL.                   :

                    Defendant(s).        :
------------------------------------------------------------------ x

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       September 25, 2007

1699729.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00214

By: _____
    John M. Flannery (JMF-0229)

1699729.1