UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Janusz Jakubowki and Krystyna Karpinska

                                            Plaintiffs,    Index No.: 06CV14741 (AKH)

          -  against  -                             NOTICE OF THE NOMURA
NOMURA HOLDING AMERICA INC. and         PARTIES' ADOPTION OF
NOMURA SECURITIES INTERNATIONAL, INC.    ANSWER TO MASTER
                                                            COMPLAINT
et al. (see Defendants' List)                              _____

                                            Defendants.    1:21-MC-00102

----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorneys for Nomura Holding America INC. and Nomura Securities International, Inc., in this action.

Dated: November 1, 2007
       New York, New York

                                      Yours, etc.

                                      STRONGIN ROTHMAN & ABRAMS, LLP

                                      s/ Dror M. Bikel

                                      _____
                                      Dror M. Bikel, ESQ.
                                      Attorneys for Defendant
                                      NOMURA HOLDING AMERICA, INC.
                                      50 Broadway, Suite 2003
                                      New York, NY 10004
                                      (212) 931-8300

TO:
SEE ATTACHED SERVICE LIST

## **SERVICE LIST**

Worby Groner Edelman & Napoli Bern , LLP
*Attorneys for the*: Plaintiff(s)
*Office and Post Office Address and Telephone*
115 Broadway, Twelfth Floor
New York, NY 10006
(212) 267-3700

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C
233 Broadway, 5th Floor
New York, NY 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, NY 10279
Liaison Counsel for Plaintiffs
(212) 553-9206
cannata@cannatalaw.com