RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br>LOWER MANHATTAN DISASTER SITE<br>LITIGATION (21 MC 102) | Case No.: 1:21 MC 102 (AKH) |
| ------------------------------------------------------------------X | |
| JANUSZ JAKUBOWSKI (AND WIFE, KRYSTYNA KARPINSKA), | Docket No.: 06 CV 14741 |
| Plaintiffs, | **NOTICE OF ADOPTION<br>OF ANSWER TO** |
| -against- | **MASTER COMPLAINT** |
| 110 CHURCH LLC, et al., | **ELECTRONICALLY FILED** |
| Defendants. | |
| ------------------------------------------------------------------X | |

    PLEASE TAKE NOTICE that defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 12, 2008

                              RUBIN, FIORELLA & FRIEDMAN LLP

                        By: _/s/ Leila Cardo_____
                              Leila Cardo (LC-8359)
                              *Attorneys for Defendant*
                              LIONSHEAD 110 DEVELOPMENT, LLC
                              formerly known as and sued herein as
                              LIONSHEAD DEVELOPMENT, LLC
                              292 Madison Avenue - 11th Floor
                              New York, New York 10017
                              (212) 953-2381
                              File No. 344-6879